# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS AGBABIAKA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HSBC BANK USA NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendant. | Case No: C 09-5583 SBA<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATEDNESS** |

　　　Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Jeffrey S. White to determine whether this case is related to Agbabiaka v. HSBC Bank USA National Association, et al., C 09-3982 JSW.

Dated: 2/9/10

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge