1
2
3
4
5                    UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                            OAKLAND DIVISION
8

| | |
|---|---|
| NICHOLAS AGBABIAKA,<br><br>     Plaintiff,<br><br>vs.<br><br>HSBC BANK USA NATIONAL ASSOCIATION, et al.,<br><br>     Defendant. | Case No: C 09-5583 SBA<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATEDNESS** |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Jeffrey S. White to determine whether this case is related to <u>Agbabiaka v. HSBC Bank USA National Association, et al.</u>, C 09-3982 JSW.

Dated: 2/9/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge