IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS AGBABIAKA, | No. C 09-05583 JSW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PENDING MOTIONS** |
| v. | |
| HSBC BANK USA NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

On February 17, 2010, this matter was re-assigned from Judge Armstrong to this Court. Defendants have filed the following motions: (1) Motion to Dismiss; (2) Ex Parte Motion for Order Shortening Time on Motion to Expunge *Lis Pendens*; (3) Motion to Expunge *Lis Pendens*; and (4) Motion for Sanctions. On March 1, 2010, Defendants re-noticed these motions for hearing before this Court on March 26, 2010, which is not in accordance with Northern District Civil Local Rule 7-2(a). Accordingly, it is HEREBY ORDERED that Plaintiff's opposition to the remaining motions shall be due on March 12, 2010, and Defendants' reply shall be due on March 19, 2010. The motions shall be heard on Friday, April 9, 2010 at 9:00 a.m. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If either party seeks to modify this briefing schedule or continue the hearing date, they must submit a request to the Court demonstrating good cause for any such modification or continuance.

//

1  The notice does not reference the Ex Parte Motion for Order Shortening Time on
2  Motion to Expunge *Lis Pendens*. The Court has considered that motion and it is DENIED.
3  **IT IS SO ORDERED.**
4  Dated: March 1, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California