**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS AGBABIAKA, | No. C 09-05583 JSW |
| Plaintiff, | **ORDER AWARDING RULE 11 SANCTIONS** |
| v. | |
| HSBC BANK USA NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

On April 20, 2010, this Court granted the Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, filed by Defendants HSBC Bank USA National Association as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2002-2 ("HSBC Bank") and Litton Loan Servicing LLP ("Litton") (collectively "Defendants"), but reserved issuing a ruling on the amount of sanctions to be awarded pending further detail from Defendants.

The Court has received the Supplemental Declaration of Ronald D. Roup, in which he attests that Defendants incurred $10,322.70 in fees and costs in connection with this litigation. The Court has considered this declaration and, exercising its discretion, finds that an award of $5,000 in sanctions is sufficient to deter repetition of the conduct that lead to the imposition of sanctions and to deter comparable conduct by others.

//

//

Accordingly, it is HEREBY ORDERED that Phyllis Voisenat, Esq. shall pay $5,000, to Roup & Associates, A Law Corporation, by no later than May 31, 2010. An Amended Judgment shall issue.

**IT IS SO ORDERED.**

Dated: May 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE