Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
Kerre Baker Albertoli (159683) kerre@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendants,
LITTON LOAN SERVICING LP *and*
HSBC BANK USA NATIONAL
ASSOCIATION, AS TRUSTEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS AGBABIAKA,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA NATIONAL ASSOCIATION, individually and as trustee for OWNIT MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2005-2, ITS ASSIGNEES AND/OR SUCCESSORS, CONTRA COSTA COUNTY TRUSTEE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LITTON LOAN SERVICING, LP, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THIS COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO, and Does 1 - 30, inclusive,<br><br>Defendants. | **Case No. CV 09-05583JSW**<br><br>[PROPOSED]<br>**ORDER TO EXPUNGE LIS PENDENS** |

//

//

//

1
[PROPOSED] ORDER TO EXPUNGE LIS PENDENS

**PLEASE TAKE NOTICE THAT** on April 20, 2010, the Court entered an Order granting Defendant HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR OWNIT MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-2 (hereinafter "HSBC BANK" or "Defendant") Motion to Expunge Lis Pendens pursuant to C.C.P. section 405.30 - 405.32, and C.C.P. section 405.36. The Notice of Pendency of Action pertaining to this action is subject to expungement from the official records of Contra Costa County.

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

The Lis Pendens recorded on December 24, 2009, as Instrument No. 20090301187 in the official records of Contra Costa County is expunged from the official records, and a copy of this Order may be recorded in the official records.

The Lis Pendens concerns the real property commonly known as 27 Crest Avenue, Point Richmond, California 94801, located in Contra Costa County with the following legal description:

> "The land referred to herein is situated in the State of California, County of contra Costa, City of Richmond, and is described as follows:
>
> THE SOUTH 10 FEET OF LOT 14 AND ALL OF LOTS 15 AND 16 IN BLOCK "K", AS DESIGNATED ON THE FILED MAP ENTITLED "MAP OF NICHOLL SUBDIVISION OF THE TOWN OF RICHMOND", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, ON AUGUST 28, 1900, IN VOLUME E OF MAPS, AT PAGE 110.

1  EXCEPTING FROM LOT 16: THE INTEREST AWARDED
2  TO CITY OF RICHMOND IN THE FINAL ORDER OF
3  CONDEMNATION, LOCAL SUPERIOR COURT, A
4  CERTIFIED COPY OF WHICH WAS RECORDED IN THE
5  OFFICE OF THE LOCAL COUNTY RECORDER ON APRIL
6  15, 1916, BOOK 268, DEEDS, PAGE 119.

8  EXCEPTING FROM LOTS 15 AND 16: THAT PARCEL OF
9  LAND DESCRIBED IN THE DEED TO DEPARTMENT OF
10 VETERANS AFFAIRS, RECORDED SEPTEMBER 3, 1963,
11 BOOK 4442, OFFICIAL RECORDS, PAGE 591, O.R.
12 APN:    558-072-016"

16 Dated: May 17, 2010              By: _____
                                    Judge of the United States District Court