IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS AGBABIAKA,

    Plaintiff,

    v.

HSBC BANK USA NATIONAL ASSOCIATION, et al.,

    Defendants.

No. C 09-05583 JSW

**ORDER OF REFERRAL**

On September 9, 2010, Defendants Litton Loan Servicing LP and HSBC Bank USA filed an Application and Order for Appearance and Examination, which is noticed for hearing on November 12, 2010. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for resolution. The hearing set for November 12, 2010 before the undersigned is VACATED. If the parties have not received an assignment within fourteen days of the date of this Order, they should contact the Court's courtroom deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: September 9, 2010

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

cc:    Susan Imbriani